1  Julia A. Molander (CSB No. 083839)
   jmolander@cozen.com
2  Andrew M. Hutchison (CSB No. 289315)
   ahutchison@cozen.com
3  Yevgenia A. Wiener (CSB No. 259883)
   ywiener@cozen.com
4  COZEN O'CONNOR
   575 Market Street, Suite 2200
5  San Francisco, CA 94105
   Tel:   415.644.0914
6  Fax:   415.644.0978

7  Attorneys for Defendants
   ALLIED WORLD SURPLUS LINES
8  INSURANCE COMPANY and DARWIN
   SELECT INSURANCE COMPANY
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  EYEXAM OF CALIFORNIA, INC., a California corporation; and LUXOTTICA 13  RETAIL NORTH AMERICA, INC., an Ohio corporation, 14 <br><br>15              Plaintiff(s), <br><br>16      v. <br><br>17  ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, an Arkansas corporation; and DARWIN SELECT 18  INSURANCE COMPANY, an Arkansas corporation, 19 <br><br>20              Defendant(s). | Case No.: 3:15-cv-03643-LB <br><br>STIPULATION AND ORDER FOR SUBSTITUTION OF LAW FIRM |

21

22      Pursuant to Local Rules 5-1(c)(2)(E) and 11-5, Defendants Allied World

23  Surplus Lines Insurance Company and Darwin Select Insurance Company

24  (collectively "Darwin") substitute Julia A. Molander, Andrew M. Hutchison and

25  Yevgenia A. Wiener of the law firm of Cozen O'Connor for Jennifer Mathis and Binh

26  Duong T. Pham of the law firm of Troutman Sanders as Darwin's counsel in this

27  action.

28  / / /

1 | So AGREED.

2 | Dated: September 23, 2015

COZEN O'CONNOR

4 | By: _____

JULIA A. MOLANDER
YEVGENIA A. WIENER
Attorneys for Defendants
ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY and DARWIN
SELECT INSURANCE COMPANY

9 | Dated: September 24, 2015

TROUTMAN SANDERS

By: _____

JENNIFER MATHIS
BINH DUONG T. PHAM

14 | Dated: September 24, 2015

ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY and DARWIN
SELECT INSURANCE COMPANY

By: _____

MARJORIE SUSSMAN

20 | So ORDERED.

21 | Dated: September 25, 2015

HON. LAUREN BEELER
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

2      I hereby certify that the above and foregoing *Stipulation and Order for*

3  *Substitution of Law Firm* was served on September 24, 2015 via the Court's

4  CM/ECF system, to all registered participants as identified on the Notice of Electronic

5  Filing, and paper copies will be sent to those indicated as non-registered participants.

6

7  _____

                                  Andrea Mackenzie

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR SUBSTITUTION OF LAW FIRM