| | |
|---|---|
| 1 | |
| 2 | RICHARD DENATLE (STATE BAR NO. 121416)<br>rdenatale@jonesday.com |
| 3 | CELIA M. JACKSON (STATE BAR NO. 124508)<br>celiajackson@jonesday.com |
| 4 | JONES DAY<br>555 California Street, 26th Floor |
| 5 | San Francisco, California 94104-1500<br>Telephone:    +1-415-626-3939 |
| 6 | Facsimile:     +1-415-875-5700 |
| 7 | Attorneys for Plaintiffs<br>EYEXAM OF CALIFORNIA, INC. and |
| 8 | LUXOTTICA RETAIL NORTH AMERICA INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EYEXAM OF CALIFORNIA, INC., a California corporation; and LUXOTTICA RETAIL NORTH AMERICA INC., an Ohio corporation;<br>Plaintiffs,<br>v.<br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, an Arkansas corporation; and DARWIN SELECT INSURANCE COMPANY, an Arkansas corporation; | Case No. 3:15-cv-03643-LB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
|---|---|

Please take notice that Plaintiffs EYEXAM of California, Inc. and Luxottica Retail North America Inc. hereby substitutes the firm of Jones Day, 555 California Street, 26th Floor, San Francisco, California 94104, telephone (415) 626-3939, as its counsel of record herein in place of Orrick, Herrington & Sutcliffe, LLP, 405 Howard Street, San Francisco, California 94105, telephone (415) 773-5700.

| | |
|---|---|
| Dated: November 10, 2015 | EYEXAM OF CALIFORNIA, INC.. <br><br> By: _____/s/ Amy Scholl_____ <br> Amy Scholl |
| Dated: November 10, 2015 | LUXOTTICA RETAIL NORTH AMERICA INC. <br><br> By: _____/s/ Amy Scholl_____ <br> Amy Scholl |

We consent to the above substitution.

| | |
|---|---|
| Dated: November 10, 2015 | ORRICK, HERRINGTON & SUTCLIFFE, LLP <br><br> By: _____/s/ Katherine Ikeda_____ <br> Katherine Ikeda |

We consent to the above substitution.

| | |
|---|---|
| Dated: November 10, 2015 | JONES DAY <br><br> By: _____/s/ Richard DeNatale_____ <br> Richard DeNatale |
| Dated: November 10, 2015 | JONES DAY <br><br> By: _____/s/ Celia M. Jackson_____ <br> Celia M. Jackson |

We consent to the above substitution.

**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

1  Dated: November 10, 2015                Respectfully submitted,

2                                             /s/ Richard DeNatale
3                                            Richard DeNatale

4     **IT IS SO ORDERED.**

5

6  Dated: November 16, 2015

7                                         Honorable Laurel Beeler
                                          United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -                        SUBSTITUTION OF COUNSEL
                             CASE NO. 3:15-CV-03643-LB